No. 311. CITY OF NEW YORK *v.* BROOKLYN UNION GAS COMPANY. Appeal from the District Court of the United States for the Southern District of New York. Argued April 29, 1921. Decided May 16, 1921. *Per Curiam.* Dismissed for the want of jurisdiction upon the

authority of the *City of New York* v. *Consolidated Gas Co.*, 253 U. S. 219. *Mr. Vincent Victory,* with whom *Mr. James A. Donnelly* and *Mr. Henry Hertzoff* were on the brief, for appellant. *Mr. William N. Dykman,* for appellee, submitted.